**Matthew B. RANDOLPH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104224**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: September 27, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 26, 2016

Application for Transfer Denied
February 28, 2017

Matthew B. Randolph, Cameron, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

**ORDER**

PER CURIAM.

Matthew B. Randolph appeals from the motion court's judgment denying without an evidentiary hearing his motion for leave to file his 2012 Rule 29.15 for post-conviction relief out of time. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2016).